IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ABORDO ESPINOSA, | No. C 06-4287 MJJ |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| BOB HOREL, Warden, | |
| Respondent. | |

Pending before the Court is Petitioner Ernesto Abordo Espinosa's Petition for Writ of Habeas Corpus.[1]  Petitioner is currently incarcerated at the California State Prison, Solano, in Vacaville, California.  Petitioner was found guilty of second degree murder.  Petitioner alleges two claims.  First, the trial court violated Petitioner's due process rights by the admission of evidence of Petitioner's prior domestic violence offenses solely to prove that Petitioner had a propensity to commit such offenses.  Second, the admission into evidence of a witness's hearsay statements violated Petitioner's rights pursuant to the Confrontation Clause of the Sixth Amendment.

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).

The court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person

---

[1] Docket No. 1, July 12, 2006.

1 detained is not entitled thereto." 28 U.S.C. § 2243.

2 For good cause shown, Respondent shall, by **January 24, 2007**, show cause why a writ of habeas corpus should not be issued. If Petitioner wishes to respond, he shall do so within thirty days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: November 15, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California