**FILED**

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ABORDO ESPINOSA, | No. C06-04287 MJJ |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| BOB HOREL, Acting Warden, | |
| Respondent. | |

Before the Court is Petitioner Ernesto Abordo Espinosa's Application for a Certificate of Appealability ("COA") pursuant to 28 U.S.C. § 2253.

Pursuant to 28 U.S.C. § 2253, a Petitioner is required to obtain a COA from the district court prior to filing an appeal. A court may issue a COA when "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "substantial showing" may be satisfied where the petitioner demonstrates "that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 483-84 (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893-94 (1983)).

In the instant case, Petitioner contends that a COA should issue as to each of the two issues presented in the habeas petition: (1) whether Petitioner was denied his right to due process under the Fifth and Fourteenth Amendments by admission of testimony pertaining to prior acts of domestic violence; and (2) whether Petitioner was denied his right to confrontation under the Sixth

Amendment by admission of statements of witness Silayan at trial without the opportunity for cross-examination. Upon review, the Court finds that Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484. Accordingly, the request for a certificate of appealability is **DENIED**.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: May 8, 2008

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2